Michael Gulrajani
2644 Leix Way
South San Francisco, CA 94080

**FILED**

APR 2 0 2010

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GULRAJANI, | Case No. C10-0255 MEJ |
| Plaintiff, | |
| v. | NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT DOMAINS BY PROXY, INC., ONLY |
| DOMAINS BY PROXY, Inc., *et al.*, | |
| Defendants. | |

Notice is hereby given that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses Defendant Domains by Proxy, Inc. from the above captioned action, with prejudice.

Dated this 20th day of April, 2010.

Michael Gulrajani
2644 Leix Way
South San Francisco, CA 94080