UNITED STATES DISTRICT COURT

Northern District of California

MICHAEL GULRAJANI,

         Plaintiff,

  v.

ANNA DOE, et al.,

         Defendants.

_____/

No. C 10-0255 MEJ

**ORDER VACATING CMC**

**ORDER FOR PLAINTIFF TO FILE STATUS REPORT**

This matter is currently scheduled for a case management conference on June 3, 2010. However, no defendants have appeared in this matter, and it's unclear if any defendants have been properly served. Accordingly, the Court hereby VACATES the June 3, 2010 Case Management Conference. Plaintiff Michael Gulrajani shall file a case status report by June 17, 2010.

**IT IS SO ORDERED.**

Dated: June 1, 2010

                                        _____
                                        Maria-Elena James
                                        Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GULRAJANI,

       Plaintiff,

  v.

ANNA DOE et al,

       Defendant.

Case Number: CV10-00255 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Gulrajani
2644 Leix Way
South San Francisco, CA 94080

Dated: June 1, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk