UNITED STATES DISTRICT COURT

Northern District of California

MICHAEL GULRAJANI,

          Plaintiff,

  v.

ANNA DOE, et al.,

          Defendants.
_____/

No. C 10-0255 MEJ

**ORDER DISMISSING DEFENDANT BRIAN WILLIAMS**

**ORDER RE: CASE STATUS**

The Court is in receipt of Plaintiff Michael Gulrajani's Status Update, filed June 14, 2010. (Dkt. #14.) Upon review of Plaintiff's statement, the Court ORDERS as follows:

1) Defendant Brian Williams is hereby DISMISSED WITH PREJUDICE.

2) In his statement, Plaintiff states that he is dismissing Domain Discreet. However, in his Second Amended Complaint, (Dkt. #10), Domain Discreet is not a listed defendant. Accordingly, no action is required.

3) As to all remaining defendants, this case has been pending since January 2010, yet no defendants have been served. Accordingly, the Court ORDERS Plaintiff to properly serve all defendants and file certificates of service by July 21, 2010. Failure to comply with this Order may result in dismissal of any defendants that have not been properly served and/or dismissal of the entire case for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 17, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GULRAJANI, | Case Number: CV10-00255 MEJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ANNA DOE et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Gulrajani
2644 Leix Way
South San Francisco, CA 94080

Dated: June 17, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk