Michael Gulrajani
2644 Leix Way
South San Francisco, CA 94080

**GRANTED**

Judge Maria-Elena James

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GULRAJANI,<br><br>    Plaintiff,<br><br>v.<br><br>National BlackList, *et al.*,<br><br>    Defendants. | Case No. C10-0255 MEJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO ALL DEFENDANTS** |

Notice is hereby given that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses:

Visionary Visionary Ventures, as registrant of NationalBlacklist.com

Tasha Cunningham / The Cavelle Company, Inc., as registrants of DontDateHimGirl.com

Stephany Alexander, as CEO and founder of WomanSavers.com

from the above captioned action, with prejudice.

Dated this 14th day of June, 2010.

Michael Gulrajani
2644 Leix Way
South San Francisco, CA 94080

Michael Gulrajani
2644 Leix Way
South San Francisco, CA 94080
Cell 310-614-6358

Federal Case Update (Case No. C-10-0255)

Dear Chief Magistrate Judge Maria-Elena James,

I, Michael Gulrajani, would like to drop my slander and defamation suit against all parties. Here is an update broken down by defendant:

1) NationalBlacklist.com

   On Thursday, July 1st, NationalBlacklist agreed to remove all anonymous postings of me from their site. Enclosed is a copy of the e-mail correspondence. I would like to drop all legal action against NationalBlacklist.com.

2) Tasha Cunningham / The Cavelle Company / DontDateHimGirl.com

   I still have not had any direct contact with Tasha Cunningham or The Cavelle Company. I have been e-mailing her for months, even hiring a PI, Daniel Maya, to find and locate Tasha however she has proven difficult to locate. Enclosed is a copy of the report from Daniel Maya. However, Tasha has voluntarily removed both anonymous postings of me; therefore I would like to drop all legal action against her and The Cavelle Company.

3) WomanSavers.com

   This site still has a posting of me, but they are the least of concern as the posting does not appear on any search engines when my name "Michael Gulrajani" is searched. I also would like to drop all legal action against WomanSavers.com

Attached are 3 copies of the notice of dismissal for all parties. Thank you for your assistance.

*[signature]*

Michael Gulrajani
July 8th, 2010

**Re: Postings you were complaining about on NationalBlacklist.com**

From: National Blacklist Support <support@nationalblacklist.com>
To: michael gulrajani <michael.gulrajani@me.com>
Date: July 01, 2010 4:14:32 PM

Hello Mr. Gulrajani,

We have completed our review of your documents and at this time, we are satisfied that you have met with our requirements to supply documentation to support your claim of harassment through our website.

You will be pleased to know that all the posts bearing your name have been removed from our data base. Since you are a member, please do your own search, and let us know if you find any reports we missed.

We have stopped charging your credit card and you will have free access to the website from now on in order to help us spot any new posts in the event that they appear and we should happen to miss them.

Now, since we do not know you, we are reluctant to make any unconditional promises about removing any posts about you in the future. Let's face it, we do not know you, but you must have done something to piss off someone bad enough for them to go to these extremes, and for this length of time. So in the interest of public safety, we are going to keep our options open.

So this is what we propose. That we work together.

1. If any post about you is submitted anonymously, it will be immediately removed.
2. If any post about you is accompanied with contact information for the poster, we will contact the poster immediately and request supportive documentation, like a police incident report, a restraining order against you, etc. If they do not, or cannot provide such documentation within 3 to 5 days, or if the poster fails to get back to us at all within that time frame, the post will be removed.

We think that is fair, as it places the obligation for proof on any poster, and for that poster to completely reveal themselves to us.

We believe that's the best we can offer. It allows us to work with you, and still be diligent toward informing the people we try to protect.


National Blacklist Support

---

From: "michael.gulrajani" <michael.gulrajani@me.com>
Sent: Monday, June 28, 2010 7:32 PM
To: support@nationalblacklist.com
Subject: Re: Postings you were complaining about on NationalBlacklist.com

Dear NationalBlacklist,

Have you had a chance to review the evidence of stalking that I sent you on June 15, 2010? I have provided you with all the evidence that I have including the submitted FBI report, images and employment history. If I do not hear from you, I will be forced to move forward with my slander and defamation suit against NationalBlackList. I wish I could just give up this pursuit, but my professional and personal reputation have been SEVERELY damaged and I have to take care of this matter. Thank you.

Michael Gulrajani

On Jun 15, 2010, at 11:47 AM, National Blacklist Support <support@nationalblacklist.com> wrote:

> Re: Postings you were complaining about on NationalBlacklist.com
>
> Hello Mr. Gulrajani,
>
> Since your last communication on June 1, 2010 to National Blacklist, you have still not provided any information to us which would allow us to evaluate whether or not the postings you complain of should be removed. Practically everyone listed on our site denies that they should be there. So obviously, just you simply denying the allegations in the posts is not sufficient cause for us to believe you and take the postings down.
>
> We recommended to you in an email back on November 17, 2008, that you pursue what ever legal course of action necessary to stop your ex-fiancée. However, to date, you have offered no proof, nor have you submitted any supporting paperwork to us, nor have you provided us with any filings of complaints to any legal authorities to uphold your assertions that we should remove the postings you complain about. If, as you claim, your ex-fiancée is responsible for these posts and is cyber-stalking you, please provide us some proof that this is the case. You will have to do this anyway if you go to Court in order to win your case, so please provide us with whatever proof you have. Then we can evaluate the evidence you submit and make a final decision about whether or not to remove the postings you want taken down.
>
> Without providing us any evidence that you have taken such actions, you haven't given us any reasons to remove the postings, and until you do so, we will continue to assume the postings are true.
>
> Although we have a policy of not reviewing postings, we are sympathetic to your plight. Therefore, we would like to request one last time that you provide us with some evidence we can use to evaluate whether or not the postings against you on NationalBlacklist.com are false. If you can provide us with reasonable evidence to this effect we will remove the posts.
>
> Here are some examples of what we or any reasonable person would expect in order to be able to evaluate your complaint:
>
> A Proof related to the existence of the proposed perpetrator of false posting against you. Some proof or evidence as to your ex-fiancée's alleged behaviors that prove

the postings on our website are false. For example:
1. Copies of any letters, emails, or other personal correspondence by your ex-fiancée.
2. Evidence of any aggressive or threatening correspondence against you by your ex-fiancée.
3. Proof of any relationship at all with the supposed ex-fiancée who you assert is behind these posts on Blacklist.

B. Proof that you made complaints to Authorities in an effort to stop the person you blame: Have you filed any formal complaints against your ex-fiancée anytime during the past two and a half years? Can you produce any of the following?
1. A copy of a police report filed by you with your local San Francisco Police Department or other Police Departments for Harassment, Stalking, Libel, and Defamation against your ex-fiancée.
2. A copy of a Restraining Order, an Order or Protection, or a Cease and Desist Order, taken out by you against your ex-fiancée.
3. A copy of a complaint filed with any "Anti Cyber-Stalking Agencies" who oversees the internet.
4. A complaint filed with the FBI with their Cyber Crimes Investigative Unit.

C. Can you also explain the following?
1. Why there is a handle or alias (MGulraja) referencing you as a member of a well know National Escort Review Board? This is strong evidence to suggest that you do in fact use Escorts and Escort Services and therefore you could be then reviewed by escorts and have them place postings on NationalBlacklist.com
2. Please explain why there is a report about you on another escort blacklist type website whose membership is restricted and exclusive to verified escorts only? Unless your ex-fiancée was verified as an escort by that website's management, she would not be able to gain access to that board to make such a post.

If you can provide us with any of the information above from Sections A and B, or similar reasonable evidence, and if you could please answer the questions in Section C, it would assist us greatly in evaluating your requests for removal of the posts referencing you. If you cannot, or do not, produce such documentation, we will have to sincerely question your story and it will be reasonable for us to assume the posts against you are true.

If we do not hear from you within 10 days of your receipt of this letter with the supporting documentation we request, we will have no choice but to assume you have no proof of the falsity of the posts against you, and that the posts referencing you will remain in the registry in order to alert the women we try to protect.

Please also be advised that if you pursue legal action against us as you have threatened, we will aggressively pursue a motion to dismiss and/or a counterclaim for malicious prosecution.

Also, since you are totally disregarding the immunity afforded to NationalBlacklist.com by Section 230 of The Communications Decency Act, where precedent has been set in courts all over the United States several dozens times since 1996, as well as in the 9th Circuit Court of Appeals, we will also file motions against you and any attorney who assists you, for filing a frivolous lawsuit, and will seek damages, punitive damages, attorneys fees, and costs in defending such suit.

Thank you for your anticipated courtesy and cooperation in this matter.

Regards,

Customer Service
National Blacklist.

## UPDATE ON SERVICE

**From:** "Daniel L. Maya" <dlm@mayaandmayainc.com>
**To:** 'michael gulrajani' <michael.gulrajani@me.com>
**Date:** June 24, 2010 3:08:50 PM

image001.jpg (3.95 KB)

HELLO MICHAEL,

As promised let me advise you where we are at. You are trying to serve The Cavelle Company, Inc that is an active corporation in the State of Florida. According to the Florida Department of State Division of Corporation the principal place of business for this company is 11711 S Dixie Highway, Suite 279, Miami, Florida 33156. However, this address is Whole Food Market. Now close by there is a UPS store and this writer entered inside and determined the Tasha did in fact have a mail box at this location in box number 279. However, they would not accept service since she closed her box in 2009. Tasha Cunningham resides at 10873 SW 59th Court, Miami, Florida 33156

She was arrested in **Feb 9, 1995** in Miami Dade County for case numbering F95004305 for violation of statue 813.0200 which is uttering a forged document. She was offered a PTD and the case was nolle prose. The case has been sealed.

She drives a Black 2004 Jaguar X type bearing tag X25ANZ.

She lives within a gated community that it unmanned and you would have to follow a car in and that has been a challenge.

Were trying

Regards,

Daniel L. Maya, CFE, FCI, MBA
Maya & Maya, Inc
13155 SW 134th Street, Suite I24
Miami, Florida 33186
Office 305-232-0056
Fax 305-232-0079
Efax 800-858-9161
Florida License A 2300340
California License PI 26215

"When Knowing is a Matter of Trust"

------------------------------------------
CONFIDENTIALITY NOTICE
------------------------------------------

This work product, including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review; use, disclosure or distribution is prohibited. Attempts to intercept this message are in violation of 18 U.S.C. 2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.